```
              IN THE UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| NATHANIEL COOK JR., | ) | |
| | ) | |
| Plaintiff, | ) | 8:06CV684 |
| | ) | |
| v. | ) | |
| | ) | |
| JO ANNE B. BARNHART, | ) | ORDER |
| Commissioner of Social Security, | ) ) | |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED:

Plaintiff's motion for leave to proceed *in forma pauperis*, filing 2, is granted.

DATED this 2nd day of November, 2006.

BY THE COURT:

s/ *David L. Piester*

David L. Piester
United States Magistrate Judge