# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **NATHANIEL COOK, JR.,**  Plaintiff,  v.  **JOANNE B. BARNHART,** Commissioner of Social Security,  Defendant. | **No. 8:06-cv-00684-DLP**  **ORDER** |

Upon the plaintiff's unresisted first motion for extension of time to file his brief, **it is**

**ORDERED**

The plaintiff's unresisted first application for extension of time to file his brief, filing 13, is **granted.** The deadline for the plaintiff to file his brief is extended to May 9, 2007. The scheduling order is modified accordingly.

**Dated** this 10th day of April, 2007.

BY THE COURT

s/ *David L. Piester*

David L. Piester
United States Magistrate Judge

1