IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| NATHANIEL COOK, JR., <br><br> Plaintiff, <br><br> v. <br><br> JOANNE B. BARNHART, <br> Commissioner of Social Security, <br><br> Defendant. | No. 8:06-cv-00684-DLP <br><br> ORDER |

Upon the plaintiff's unresisted second motion for extension of time to file his brief , **it is**

**ORDERED**

The plaintiff's unresisted second application for extension of time to file his brief, filing 15, is **granted.** The deadline for the plaintiff to file his brief is extended to May 16, 2007. The scheduling order is modified accordingly.

**Dated** this 10th day of May, 2007.

BY THE COURT

s/ *David L. Piester*

David L. Piester
United States Magistrate Judge