```
            IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| NATHANIEL COOK JR., | ) | |
| | ) | |
| Plaintiff, | ) | 8:06CV684 |
| | ) | |
| V. | ) | |
| | ) | |
| MICHAEL J. ASTRUE, | ) | ORDER |
| Commissioner of the Social | ) | |
| Security Administration, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

IT IS ORDERED:

Defendant's unopposed motion for extension of response deadline, filing 20, is granted and the deadline for defendant's reply brief is extended to July 31, 2007. The remaining deadlines are extended accordingly.

DATED this 17th day of July, 2007.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge